AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-mj-00338 |
| George Bishop | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 09/22/2025

*Attorney's signature*

Dahoud Askar NJ155632016
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue, Alexandria VA 22314

*Address*

Dahoud.Askar@usdoj.gov
*E-mail address*

(703) 299-3786
*Telephone number*

(703) 299-3980
*FAX number*